# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO NELSON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:15-cv-00724-RCJ-CWH <br><br> **ORDER** |

Presently before the Court is *pro se* Plaintiff Orlando Nelson's letter (ECF No. 1) to the Court dated April 19, 2015, in which Plaintiff requests the Court's assistance regarding violations of Plaintiff's constitutional rights. This case was initiated on the Court's receipt of Plaintiff's letter, however, Plaintiff has not filed a complaint. Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Absent a complaint, the Court lacks jurisdiction to act on any of Plaintiff's requests. The Court therefore will order Plaintiff to file a complaint if he intends to proceed with this case. Plaintiff further is advised that if he decides to file a complaint, it must be accompanied by the applicable filing fee or an application to proceed *in forma pauperis*.

The Court further notes that Plaintiff submitted a civil cover sheet (ECF No. 1-1) listing Warren Williams as an additional plaintiff in this case. *Pro se* litigants have the right to plead and conduct their own cases personally. 28 U.S.C. § 1654. But *pro se* litigants do not have authority to represent anyone other than themselves. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) (stating that a non-attorney plaintiff may not pursue a claim on behalf of others in a representative capacity). Thus, Plaintiff is advised that if he files a complaint, he cannot do so on behalf of Warren Williams. Plaintiff only may file a complaint on his own behalf.

/ / /

IT IS THEREFORE ORDERED that Plaintiff Orlando Nelson must file a complaint, along with the applicable filing fee or application to proceed *in forma pauperis*, within 30 days of the date of this Order.

IT IS FURTHER ORDERED that failure to comply with this Order may result in a recommendation that the case be dismissed.

DATED: September 23, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**