# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORLANDO NELSON, et al., ) | |
| Plaintiffs, ) | Case No. 2:15-cv-00724-RCJ-CWH |
| vs. ) | **REPORT & RECOMMENDATION** |
| UNITED STATES OF AMERICA, et al., ) | |
| Defendants. ) | |

On April 20, 2015, the court received a letter (ECF No. 1) from Plaintiff Orlando Nelson in which Plaintiff requested the Court's assistance regarding violations of Plaintiff's constitutional rights. However, Plaintiff did not file a complaint or pay a filing fee. On September 23, 2015, the court entered an order (ECF No. 2) requiring Plaintiff to file a complaint, along with the applicable filing fee or an application to proceed *in forma pauperis*, within 30 days of the date of the court's order. The court advised Plaintiff that absent a complaint, the court lacked jurisdiction to act on any of Plaintiff's requests. (*Id.* at 1.) The court further advised Plaintiff that failure to comply with the court's order would result in a recommendation that his case be dismissed. (*Id.* at 2.) To date, Plaintiff has not filed a complaint or submitted a filing fee or an application to proceed *in forma pauperis*. Given Plaintiffs' failure to take these steps, the undersigned will recommend that Plaintiff's case be dismissed, without prejudice.

## RECOMMENDATION

IT IS THEREFORE RECOMMENDED that Plaintiff Orlando Nelson's case be dismissed, without prejudice.

## NOTICE

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation

may file a written objection supported by points and authorities within fourteen days of being served with this Report and Recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: November 9, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**